**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
JANUARY 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PH  **08 C 444**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| GE CAPITAL CORPORATION v. COLE TRANSPORTATION, INC., JAMES COLE, individually, and PATRICK COLE, individually | **JUDGE SHADUR** **MAGISTRATE JUDGE DENLOW** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GE CAPITAL CORPORATION, as Assignee of Partnership Financial Services Inc. d/b/a ABC Financial Services

| NAME (Type or print) |
|---|
| Patricia E. Rademacher |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Patricia E. Rademacher |

| FIRM |
|---|
| Coston & Rademacher |

| STREET ADDRESS |
|---|
| 105 W. Adams, Suite 1400 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06205831 | (312) 205-1005 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☐ |
|---|---|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |