**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**JANUARY 21, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

PH
**08 C 444**

In the Matter of

GE CAPITAL CORPORATION
v.
COLE TRANSPORTATION, INC., JAMES COLE, individually, and PATRICK COLE, individually

Case Number:

**JUDGE SHADUR**
**MAGISTRATE JUDGE DENLOW**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GE CAPITAL CORPORATION, as Assignee of Partnership Financial Services Inc. d/b/a ABC Financial Services

| | |
|---|---|
| NAME (Type or print) <br> Maysoun Iqal | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Maysoun Iqal | |
| FIRM <br> Coston & Rademacher | |
| STREET ADDRESS <br> 105 W. Adams, Suite 1400 | |
| CITY/STATE/ZIP <br> Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 005855 | TELEPHONE NUMBER <br> (312) 205-1005 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |