UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

G.E. Capital Corporation
                               Plaintiff,

v.                                                      Case No.: 1:08−cv−00444
                                                        Honorable Milton I. Shadur

Cole Transportation, Inc., et al.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 25, 2008:

      MINUTE entry before Judge Milton I. Shadur :Enter Memorandum Order. Under those circumstances, this action appears to call for a swift transfer from this judicial district purusant to 28 U.S.C. 1406 or even if this action can indeed qualify for venue in this judicial district under Section 1391(a)(2), for a transfer under Section 1404(a). Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.