# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| G.E. CAPITAL CORPORATION. as Assignee of Partnership Financial Services Inc. d/b/a ABC Financial Services,<br><br>    Plaintiff,<br><br>    v.<br><br>COLE TRANSPORTATION, INC.,<br>JAMES COLE, individually, and<br>PATRICK COLE, individually<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   No.   08-cv-00444<br>)<br>)<br>)<br>)<br>)<br>) |

## **VOLUNTARY DISMISSAL**

**NOW COMES** the Plaintiff, G.E. CAPITAL CORPORATION as Assignee of Partnership Financial Services Inc. d/b/a ABC Financial Services ("GE CAPITAL"), by and through its attorneys, Coston & Rademacher, and pursuant to Fed. R. Civ. Pro. 41(a)(1)(i) hereby dismisses the instant complaint.

                                  G.E. CAPITAL CORPORATION

                              By:  /s/
                                     Maysoun B. Iqal

Patricia E. Rademacher (06205831)
Maysoun B. Iqal (005855)
COSTON & RADEMACHER
105 W. Adams, Suite 1400
Chicago, IL 60603
Telephone: (312) 205-1005

## SERVICE LIST

Patrick James Cole  
106 Skyview Drive  
Spring Mills, PA 16875-9109

James M. Cole  
106 Skyview Drive  
Spring Mills, PA 16875-9109

Cole Transportation, Inc.  
106 Skyview Drive  
Spring Mills, PA 16875-9109

## CERTIFICATE OF MAILING

    I, Maysoun B. Iqal, an attorney, certify that I served a copy of this notice and the above-referenced document on the persons to whom it is directed, at the addresses shown above, by placing same in the U.S. Mail depository at 105 W. Adams St., Suite 1400, Chicago, IL 60603, at or before 5:00 p.m. on this 25th day of January, 2008, with proper postage prepaid.

/s/_____  
Maysoun B. Iqal

Patricia E. Rademacher (06205831)  
Maysoun B. Iqal (005855)  
COSTON & RADEMACHER  
105 W. Adams, Suite 1400  
Chicago, IL  60603  
Telephone:  (312) 205-1005